**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re:  UREWICZ, LAWRENCE F                    § Case No. 09-73944
        UREWICZ, MAUREEN J                     §
                                               §
Debtor(s)                                      §

**AMENDED CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

BERNARD J. NATALE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $276,585.00 *(without deducting any secured claims)* | Assets Exempt: $42,470.00 |
| Total Distribution to Claimants: $49,406.09 | Claims Discharged Without Payment: $22,584.54 |
| Total Expenses of Administration: $10,147.20 | |

3) Total gross receipts of $ 59,553.29 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $59,553.29 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $219,857.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 10,147.20 | 10,147.20 | 10,147.20 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 65,758.76 | 51,523.87 | 51,523.87 | 49,406.09 |
| **TOTAL DISBURSEMENTS** | $285,615.76 | $61,671.07 | $61,671.07 | $59,553.29 |

4)  This case was originally filed under Chapter 7 on September 14, 2009. The case was pending for 47 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/15/2013           By: /s/BERNARD J. NATALE
                               Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| CL Graphics Incorporated - Balance on promossory | 1121-000 | 57,900.00 |
| Refund from Sallie Mae | 1290-002 | 1,233.90 |
| Refund from Sallie Mae | 1290-000 | 406.19 |
| Interest Income | 1270-000 | 13.20 |
| **TOTAL GROSS RECEIPTS** | | **$59,553.29** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Mazda Amer Credit | 4110-000 | 5,247.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 4110-000 | 10,361.00 | N/A | N/A | 0.00 |
| NOTFILED | Wells Fargo Hm Mortgag | 4110-000 | 194,902.00 | N/A | N/A | 0.00 |
| NOTFILED | American Honda Finance | 4110-000 | 9,347.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$219,857.00** | **$0.00** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 4 — CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BERNARD J. NATALE, LTD. | 3120-000 | N/A | 33.42 | 33.42 | 33.42 |
| WIPFLI LLP | 3410-000 | N/A | 612.30 | 612.30 | 612.30 |
| BERNARD J. NATALE, LTD. | 3110-000 | N/A | 1,713.00 | 1,713.00 | 1,713.00 |
| INTERNATIONAL SURETIES, LTD | 2300-000 | N/A | 107.09 | 107.09 | 107.09 |
| BERNARD J. NATALE | 2100-000 | N/A | 6,145.66 | 6,145.66 | 6,145.66 |
| INTERNATIONAL SURETIES, LTD | 2300-000 | N/A | 15.18 | 15.18 | 15.18 |
| INTERNATIONAL SURETIES, LTD | 2300-000 | N/A | 40.36 | 40.36 | 40.36 |
| The Bank of New York Mellon | 2600-000 | N/A | 89.96 | 89.96 | 89.96 |
| The Bank of New York Mellon | 2600-000 | N/A | 110.82 | 110.82 | 110.82 |
| The Bank of New York Mellon | 2600-000 | N/A | 104.75 | 104.75 | 104.75 |
| The Bank of New York Mellon | 2600-000 | N/A | 105.44 | 105.44 | 105.44 |
| The Bank of New York Mellon | 2600-000 | N/A | 120.80 | 120.80 | 120.80 |
| The Bank of New York Mellon | 2600-000 | N/A | 117.78 | 117.78 | 117.78 |
| The Bank of New York Mellon | 2600-000 | N/A | 125.06 | 125.06 | 125.06 |
| The Bank of New York Mellon | 2600-000 | N/A | 113.07 | 113.07 | 113.07 |
| The Bank of New York Mellon | 2600-000 | N/A | 116.73 | 116.73 | 116.73 |
| The Bank of New York Mellon | 2600-000 | N/A | 112.61 | 112.61 | 112.61 |
| The Bank of New York Mellon | 2600-000 | N/A | 127.91 | 127.91 | 127.91 |
| The Bank of New York Mellon | 2600-000 | N/A | 112.00 | 112.00 | 112.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 123.26 | 123.26 | 123.26 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$10,147.20** | **$10,147.20** | **$10,147.20** |

**EXHIBIT 5 — PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

### EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | PYOD LLC as assignee of Citbank | 7100-000 | N/A | 6,561.15 | 6,561.15 | 6,475.55 |
| 2 | United States Depart of Education | 7100-000 | 10,436.00 | 10,110.85 | 10,110.85 | 9,779.61 |
| 3 | FIA Card Services,NA/Bank of America | 7100-000 | 8,248.00 | 8,248.80 | 8,248.80 | 8,141.17 |
| 4 | FIA Services,NA/Bank of America | 7100-000 | 4,143.00 | 4,143.73 | 4,143.73 | 4,089.66 |
| 5 | Sallie Mae | 7100-000 | 20,826.00 | 20,809.17 | 20,809.17 | 19,291.46 |
| 6 | Capital Recovery III LLC | 7100-000 | 1,639.00 | 1,650.17 | 1,650.17 | 1,628.64 |
| NOTFILED | Grace Medical Center | 7100-000 | 1,545.76 | N/A | N/A | 0.00 |
| NOTFILED | Bank Of America | 7100-000 | 11,865.00 | N/A | N/A | 0.00 |
| NOTFILED | Mcydsnb | 7100-000 | 366.00 | N/A | N/A | 0.00 |
| NOTFILED | Aurora Medical Group | 7100-000 | 284.00 | N/A | N/A | 0.00 |
| NOTFILED | Unvl/Citi | 7100-000 | 6,406.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $65,758.76 | $51,523.87 | $51,523.87 | $49,406.09 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 09-73944  
**Case Name:** UREWICZ, LAWRENCE F  
UREWICZ, MAUREEN J  
**Period Ending:** 08/15/13

**Trustee:** (330370) BERNARD J. NATALE  
**Filed (f) or Converted (c):** 09/14/09 (f)  
**§341(a) Meeting Date:** 10/21/09  
**Claims Bar Date:** 01/28/10

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 5536 Alexandria, Lake In The Hills, IL 60156 | 225,000.00 | 98.00 | | 0.00 | FA |
| 2 | Cash | 40.00 | 0.00 | | 0.00 | FA |
| 3 | Money Market Fund Castle Bank | 1,000.00 | 0.00 | | 0.00 | FA |
| 4 | Checking account Castle Bank | 500.00 | 0.00 | | 0.00 | FA |
| 5 | American Chartered HSA Account | 218.00 | 218.00 | | 0.00 | FA |
| 6 | Misc household items and furnishings | 3,000.00 | 900.00 | | 0.00 | FA |
| 7 | Clothing | 500.00 | 0.00 | | 0.00 | FA |
| 8 | Misc costume jewelry and watches | 20.00 | 20.00 | | 0.00 | FA |
| 9 | State Farm Variable Life Insurance | 527.00 | 527.00 | | 0.00 | FA |
| 10 | IRA Amcore | 3,860.00 | 0.00 | | 0.00 | FA |
| 11 | IRA Hancock | 2,400.00 | 0.00 | | 0.00 | FA |
| 12 | IRA Harris Bank | 220.00 | 0.00 | | 0.00 | FA |
| 13 | CL Graphics Incorporated - Balance on promossory | 57,900.00 | 57,900.00 | | 57,900.00 | FA |
| 14 | 2008 Smart Car 28,000 miles | 11,325.00 | 0.00 | | 0.00 | FA |
| 15 | 2001 Dodge Grand Caravan 186 000 miles | 1,550.00 | 0.00 | | 0.00 | FA |
| 16 | 2007 Honda Civic Daugher Kaen Uerwicz's automobl | 11,925.00 | 2,578.00 | | 0.00 | FA |
| 17 | 2007 Honda Civic Daugher Meghann Uerwicz's autom | 14,500.00 | 9,253.00 | | 0.00 | FA |
| 18 | Refund from Sallie Mae (u) | 0.00 | 0.00 | | 1,233.90 | FA |
| 19 | Refund from Sallie Mae (u) | 0.00 | 0.00 | | 406.19 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 13.20 | FA |
| 20 | Assets Totals (Excluding unknown values) | **$334,485.00** | **$71,494.00** | | **$59,553.29** | **$0.00** |

**Major Activities Affecting Case Closing:**

TRUSTEE TO EMPLOY ACCOUNTANT TO PREPARE TAX RETURNS.

Exhibit 8

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 09-73944　　　　　　　　　　　　　　**Trustee:** (330370) BERNARD J. NATALE
**Case Name:** UREWICZ, LAWRENCE F　　　　　　　**Filed (f) or Converted (c):** 09/14/09 (f)
　　　　　　　　UREWICZ, MAUREEN J　　　　　　　　**§341(a) Meeting Date:** 10/21/09
**Period Ending:** 08/15/13　　　　　　　　　　　　　**Claims Bar Date:** 01/28/10

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description**<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | **Petition/**<br>**Unscheduled**<br>**Values** | **Estimated Net Value**<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | **Property**<br>**Abandoned**<br>**OA=§554(a)** | **Sale/Funds**<br>**Received by**<br>**the Estate** | **Asset Fully**<br>**Administered (FA)/**<br>**Gross Value of**<br>**Remaining Assets** |

**Initial Projected Date Of Final Report (TFR):** December 31, 2013　　　　**Current Projected Date Of Final Report (TFR):** August 14, 2012 (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 09-73944  
**Case Name:** UREWICZ, LAWRENCE F  
UREWICZ, MAUREEN J  
**Taxpayer ID #:** **-***3926  
**Period Ending:** 08/15/13

**Trustee:** BERNARD J. NATALE (330370)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****57-65 - Money Market Account  
**Blanket Bond:** $606,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 10/28/09 | {13} | CL Graphics, Inc. | Acct #001; Payment #1 | 1129-000 | 2,134.35 | | 2,134.35 |
| 11/09/09 | {13} | CL Graphics, Inc. | Acct #001; Payment #2; Payment on Promissory Note | 1121-000 | 2,134.35 | | 4,268.70 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.13 | | 4,268.83 |
| 12/01/09 | {13} | CL Graphics | Acct #001; Payment #3 | 1121-000 | 2,134.35 | | 6,403.18 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.26 | | 6,403.44 |
| 01/05/10 | {13} | CL Graphics | Acct #001; Payment #4 | 1121-000 | 2,134.35 | | 8,537.79 |
| 01/28/10 | {13} | CL Graphics | Acct #001; Payment #5 | 1121-000 | 2,134.35 | | 10,672.14 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.31 | | 10,672.45 |
| 02/26/10 | {13} | CL Graphics | Acct #001; Payment #6 | 1121-000 | 2,134.35 | | 12,806.80 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.39 | | 12,807.19 |
| 03/18/10 | {13} | CL Graphics | Acct #001; Payment #7; Pymt on Promissory Note | 1121-000 | 2,134.35 | | 14,941.54 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.59 | | 14,942.13 |
| 04/06/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.10 | | 14,942.23 |
| 04/06/10 | | Wire out to BNYM account **********5765 | Wire out to BNYM account **********5765 | 9999-000 | -14,942.23 | | 0.00 |

| | | |
|---|---|---|
| **ACCOUNT TOTALS** | 0.00 | 0.00 | $0.00 |
| Less: Bank Transfers | -14,942.23 | 0.00 | |
| **Subtotal** | 14,942.23 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$14,942.23** | **$0.00** | |

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 09-73944
**Case Name:** UREWICZ, LAWRENCE F
UREWICZ, MAUREEN J
**Taxpayer ID #:** **-***3926
**Period Ending:** 08/15/13

**Trustee:** BERNARD J. NATALE (330370)
**Bank Name:** The Bank of New York Mellon
**Account:** ****-******57-65 - Checking Account
**Blanket Bond:** $606,000.00  (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 04/06/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********5765 | Wire in from JPMorgan Chase Bank, N.A. account ********5765 | 9999-000 | 14,942.23 | | 14,942.23 |
| 04/28/10 | {13} | CL Graphics, Inc. | Acct #001; Payment #8; Pymt on Promissory Note | 1121-000 | 2,134.35 | | 17,076.58 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.63 | | 17,077.21 |
| 05/21/10 | {13} | CL Graphics, Inc. | Acct #001; Payment #9; Pymt on Promissory Note | 1121-000 | 2,134.35 | | 19,211.56 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 1.05 | | 19,212.61 |
| 06/03/10 | 11001 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/01/2010 FOR CASE #09-73944, BOND #016018067 | 2300-000 | | 15.18 | 19,197.43 |
| 06/22/10 | {13} | CL Graphics, Inc. | Acct #001; Payment #10; Pymt on Promissory Note | 1121-000 | 2,134.35 | | 21,331.78 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 1.14 | | 21,332.92 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 1.27 | | 21,334.19 |
| 08/02/10 | {13} | CL Graphics | Acct #001; Payment #11; Pymt on Promissory Note | 1121-000 | 2,134.35 | | 23,468.54 |
| 08/20/10 | {13} | CL Graphics, Inc. | Acct #001; Payment #12 | 1121-000 | 2,134.35 | | 25,602.89 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 1.41 | | 25,604.30 |
| 09/24/10 | {13} | CL Graphics | Acct #001; Payment #13 | 1121-000 | 2,134.35 | | 27,738.65 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.20 | | 27,738.85 |
| 10/27/10 | {13} | CL Graphics | Acct #001; Payment #14on Promissory Note | 1121-000 | 2,134.35 | | 29,873.20 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.22 | | 29,873.42 |
| 11/12/10 | {13} | CL Graphics, Inc | Acct #001; Payment #15; Pymt on Promissory Note | 1121-000 | 2,134.35 | | 32,007.77 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.24 | | 32,008.01 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.27 | | 32,008.28 |
| 01/04/11 | {13} | CL Graphics, Inc. | Acct #001; Payment #16; Pymt on Promissory Note | 1121-000 | 2,134.35 | | 34,142.63 |
| 01/24/11 | {13} | CL Graphics, Inc. | Acct #001; Payment #17; Pymt on Promissory Note (27/48) | 1121-000 | 2,134.35 | | 36,276.98 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.29 | | 36,277.27 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.27 | | 36,277.54 |
| 03/02/11 | {13} | CL Graphics, Inc. | Acct #001; Payment #18; Pymt on Promissory Note | 1121-000 | 2,134.35 | | 38,411.89 |
| 03/31/11 | {13} | CL Graphics Inc | Acct #001; Payment #19; Pymt on Promissory Note | 1121-000 | 2,134.35 | | 40,546.24 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.32 | | 40,546.56 |

Subtotals :   $40,561.74   $15.18

{} Asset reference(s)

Printed: 08/15/2013 10:39 AM   V.13.13

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 09-73944  
**Case Name:** UREWICZ, LAWRENCE F  
UREWICZ, MAUREEN J  
**Taxpayer ID #:** **-***3926  
**Period Ending:** 08/15/13

**Trustee:** BERNARD J. NATALE (330370)  
**Bank Name:** The Bank of New York Mellon  
**Account:** ****-******57-65 - Checking Account  
**Blanket Bond:** $606,000.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.33 | | 40,546.89 |
| 05/20/11 | {13} | CL Graphics, Inc. | Acct #001; Payment #20; Payment on Promissory Note | 1121-000 | 2,134.35 | | 42,681.24 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.34 | | 42,681.58 |
| 06/02/11 | 11002 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 06/01/2011 FOR CASE #09-73944, BOND #016018067 | 2300-000 | | 40.36 | 42,641.22 |
| 06/09/11 | {13} | CL Graphics, Inc. | Acct #001; Payment #21; Pymt on Promissory Note | 1121-000 | 2,134.35 | | 44,775.57 |
| 06/28/11 | {13} | CL Graphics, Inc. | Acct #001; Payment #22; Pymt on Promissory Note | 1121-000 | 2,134.35 | | 46,909.92 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.36 | | 46,910.28 |
| 07/28/11 | {13} | CL Graphics, Inc. | Acct #001; Payment #23 | 1121-000 | 2,134.35 | | 49,044.63 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.40 | | 49,045.03 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 89.96 | 48,955.07 |
| 08/29/11 | {13} | CL Graphics, Inc. | Acct #001; Payment #24; Pymt on Promissory Note | 1121-000 | 2,134.35 | | 51,089.42 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.41 | | 51,089.83 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 114.03 | 50,975.80 |
| 09/26/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -3.21 | 50,979.01 |
| 09/29/11 | {13} | CL Graphics | Acct #001; Payment #25; Pymt on Promissory Note | 1121-000 | 2,134.35 | | 53,113.36 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.41 | | 53,113.77 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 104.75 | 53,009.02 |
| 10/24/11 | {13} | CL Graphics, Inc. | Acct #001; Payment #26; Pymt on Promissory Note | 1121-000 | 2,134.35 | | 55,143.37 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.45 | | 55,143.82 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 105.44 | 55,038.38 |
| 11/28/11 | | CL Graphics, Inc. | Acct #001; Payment #27, 28; Final Payment on Promissory Note | | 2,406.90 | | 57,445.28 |
| | {13} | | Acct #001; Payment #27;       2,134.35<br>Final Payment on<br>Promissory Note | 1121-000 | | | 57,445.28 |
| | {13} | | Acct #001; Payment #28;         272.55<br>Final Payment on<br>Promissory Note | 1121-000 | | | 57,445.28 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.45 | | 57,445.73 |

Subtotals :      $17,350.50      $451.33

{} Asset reference(s)

Printed: 08/15/2013 10:39 AM    V.13.13

Page: 4

## Form 2
### Cash Receipts And Disbursements Record

| Case Number: | 09-73944 | | Trustee: | BERNARD J. NATALE (330370) |
|---|---|---|---|---|
| Case Name: | UREWICZ, LAWRENCE F | | Bank Name: | The Bank of New York Mellon |
| | UREWICZ, MAUREEN J | | Account: | ****-******57-65 - Checking Account |
| Taxpayer ID #: | **-***3926 | | Blanket Bond: | $606,000.00  (per case limit) |
| Period Ending: | 08/15/13 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 120.80 | 57,324.93 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.48 | | 57,325.41 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 117.78 | 57,207.63 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.48 | | 57,208.11 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 125.06 | 57,083.05 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 113.07 | 56,969.98 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 116.73 | 56,853.25 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 112.61 | 56,740.64 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 127.91 | 56,612.73 |
| 06/04/12 | 11003 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/04/2012 FOR CASE #09-73944, #016018067 | 2300-000 | | 107.09 | 56,505.64 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 112.00 | 56,393.64 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 123.26 | 56,270.38 |
| 08/07/12 | 11004 | WIPFLI LLP | Ref # 671631\407216 | 3410-000 | | 612.30 | 55,658.08 |
| 09/17/12 | 11005 | BERNARD J. NATALE | Dividend paid 100.00% on $6,145.66, Trustee Compensation;  Reference: | 2100-000 | | 6,145.66 | 49,512.42 |
| 09/17/12 | 11006 | PYOD LLC as assignee of Citbank | Distribution paid  92.70% on $6,561.15; Claim# 1; Filed: $6,561.15; Reference: 4798 | 7100-000 | | 6,082.61 | 43,429.81 |
| 09/17/12 | 11007 | United States Depart of Education | Distribution paid  92.70% on $10,110.85; Claim# 2; Filed: $10,110.85; Reference: 5360-1 | 7100-000 | | 9,373.42 | 34,056.39 |
| 09/17/12 | 11008 | FIA Card Services,NA/Bank of America | Distribution paid  92.70% on $8,248.80; Claim# 3; Filed: $8,248.80; Reference: 1684/6286 | 7100-000 | | 7,647.18 | 26,409.21 |
| 09/17/12 | 11009 | FIA Services,NA/Bank of America | Distribution paid  92.70% on $4,143.73; Claim# 4; Filed: $4,143.73; Reference: 7511/4094 | 7100-000 | | 3,841.51 | 22,567.70 |
| 09/17/12 | 11010 | Sallie Mae | Distribution paid  92.70% on $20,809.17; Claim# 5; Filed: $20,809.17; Reference: 5360 | 7100-000 | | 19,291.46 | 3,276.24 |
| 09/17/12 | 11011 | Capital Recovery III LLC | Distribution paid  92.70% on $1,650.17; Claim# 6; Filed: $1,650.17; Reference: 7364 | 7100-000 | | 1,529.82 | 1,746.42 |
| 09/17/12 | 11012 | BERNARD J. NATALE, LTD. | Combined Check for Claims#ATTY,EXP | | | 1,746.42 | 0.00 |
| | | | Dividend paid 100.00%    1,713.00 on $1,713.00;  Claim# ATTY; Filed: $1,713.00 | 3110-000 | | | 0.00 |
| | | | Dividend paid 100.00%    33.42 on $33.42;  Claim# EXP; Filed: $33.42 | 3120-000 | | | 0.00 |

Subtotals :     $0.96     $57,446.69

{} Asset reference(s)

Printed: 08/15/2013 10:39 AM     V.13.13

Exhibit 9

# Form 2

Page: 5

## Cash Receipts And Disbursements Record

| **Case Number:** | 09-73944 | | **Trustee:** | BERNARD J. NATALE (330370) |
| **Case Name:** | UREWICZ, LAWRENCE F | | **Bank Name:** | The Bank of New York Mellon |
| | UREWICZ, MAUREEN J | | **Account:** | ****-******57-65 - Checking Account |
| **Taxpayer ID #:** | **-***3926 | | **Blanket Bond:** | $606,000.00   (per case limit) |
| **Period Ending:** | 08/15/13 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 57,913.20 | 57,913.20 | $0.00 |
| | | | Less: Bank Transfers | | 14,942.23 | 0.00 | |
| | | | **Subtotal** | | 42,970.97 | 57,913.20 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$42,970.97** | **$57,913.20** | |

{} Asset reference(s)

Printed: 08/15/2013 10:39 AM     V.13.13

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 6

| **Case Number:** | 09-73944 | | **Trustee:** | BERNARD J. NATALE (330370) |
|---|---|---|---|---|
| **Case Name:** | UREWICZ, LAWRENCE F | | **Bank Name:** | The Bank of New York Mellon |
| | UREWICZ, MAUREEN J | | **Account:** | ****-******57-66 - Checking Account |
| **Taxpayer ID #:** | **-***3926 | | **Blanket Bond:** | $606,000.00 (per case limit) |
| **Period Ending:** | 08/15/13 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 12/03/12 | {18} | Sallie Mae Servicing | Refund from Sallie Mae | 1290-002 | 1,233.90 | | 1,233.90 |
| 01/17/13 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001033037088 20130117 | 9999-000 | | 1,233.90 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 1,233.90 | 1,233.90 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 1,233.90 | |
| | | | **Subtotal** | | 1,233.90 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$1,233.90** | **$0.00** | |

{} Asset reference(s)                         Printed: 08/15/2013 10:39 AM    V.13.13

Exhibit 9

# Form 2

Page: 7

## Cash Receipts And Disbursements Record

| **Case Number:** | 09-73944 | | **Trustee:** | BERNARD J. NATALE (330370) |
| --- | --- | --- | --- | --- |
| **Case Name:** | UREWICZ, LAWRENCE F | | **Bank Name:** | The Bank of New York Mellon |
| | UREWICZ, MAUREEN J | | **Account:** | ****-******57-67 - Checking Account |
| **Taxpayer ID #:** | **-***3926 | | **Blanket Bond:** | $606,000.00  (per case limit) |
| **Period Ending:** | 08/15/13 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |
| (No Transactions on File for this Period) | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

{} Asset reference(s)                                                                                              Printed: 08/15/2013 10:39 AM    V.13.13

Exhibit 9

# Form 2

Page: 8

## Cash Receipts And Disbursements Record

**Case Number:** 09-73944  
**Case Name:** UREWICZ, LAWRENCE F  
UREWICZ, MAUREEN J  
**Taxpayer ID #:** **-***3926  
**Period Ending:** 08/15/13

**Trustee:** BERNARD J. NATALE (330370)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******0566 - Checking Account  
**Blanket Bond:** $606,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/18/13 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 1,233.90 | | 1,233.90 |
| 02/26/13 | 10101 | PYOD LLC as assignee of Citbank | Distribution paid 96.72% on $6,561.15; Claim# 1; Filed: $6,561.15; Reference: 4798 | 7100-000 | | 263.59 | 970.31 |
| 02/26/13 | 10102 | United States Depart of Education | Distribution paid 96.72% on $10,110.85; Claim# 2; Filed: $10,110.85; Reference: 5360-1  SSN XXX-XX-5360 | 7100-000 | | 406.19 | 564.12 |
| 02/26/13 | 10103 | FIA Card Services,NA/Bank of America | Distribution paid 96.72% on $8,248.80; Claim# 3; Filed: $8,248.80; Reference: 1684/6286 | 7100-000 | | 331.37 | 232.75 |
| 02/26/13 | 10104 | FIA Services,NA/Bank of America | Distribution paid 96.72% on $4,143.73; Claim# 4; Filed: $4,143.73; Reference: 7511/4094 | 7100-000 | | 166.46 | 66.29 |
| 02/26/13 | 10105 | Capital Recovery III LLC | Distribution paid 96.72% on $1,650.17; Claim# 6; Filed: $1,650.17; Reference: 7364 | 7100-000 | | 66.29 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 1,233.90 | 1,233.90 | $0.00 |
| | | | Less: Bank Transfers | | 1,233.90 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 1,233.90 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$1,233.90** | |

{} Asset reference(s)

Printed: 08/15/2013 10:39 AM    V.13.13

Exhibit 9

# Form 2

Page: 9

## Cash Receipts And Disbursements Record

**Case Number:** 09-73944  
**Case Name:** UREWICZ, LAWRENCE F  
UREWICZ, MAUREEN J  
**Taxpayer ID #:** **-***3926  
**Period Ending:** 08/15/13

**Trustee:** BERNARD J. NATALE (330370)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******0568 - Checking Account  
**Blanket Bond:** $606,000.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/26/13 | {19} | United States Treasury | Refund on Payment to Sallie Mae | 1290-000 | 406.19 | | 406.19 |
| 06/26/13 | 101 | PYOD LLC as assignee of Citbank | Distribution paid 98.69% on $6,561.15; Claim# 1; Filed: $6,561.15; Reference: 4798 | 7100-000 | | 129.35 | 276.84 |
| 06/26/13 | 102 | FIA Card Services,NA/Bank of America | Distribution paid 98.69% on $8,248.80; Claim# 3; Filed: $8,248.80; Reference: 1684/6286 | 7100-000 | | 162.62 | 114.22 |
| 06/26/13 | 103 | FIA Services,NA/Bank of America | Distribution paid 98.69% on $4,143.73; Claim# 4; Filed: $4,143.73; Reference: 7511/4094 | 7100-000 | | 81.69 | 32.53 |
| 06/26/13 | 104 | Capital Recovery III LLC | Distribution paid 98.69% on $1,650.17; Claim# 6; Filed: $1,650.17; Reference: 7364 | 7100-000 | | 32.53 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 406.19 | 406.19 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 406.19 | 406.19 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$406.19** | **$406.19** | |

{} Asset reference(s)

Printed: 08/15/2013 10:39 AM     V.13.13

Exhibit 9

# Form 2

Page: 10

## Cash Receipts And Disbursements Record

| **Case Number:** | 09-73944 | | **Trustee:** | BERNARD J. NATALE (330370) |
|---|---|---|---|---|
| **Case Name:** | UREWICZ, LAWRENCE F | | **Bank Name:** | Rabobank, N.A. |
| | UREWICZ, MAUREEN J | | **Account:** | ******0569 - Checking Account |
| **Taxpayer ID #:** | **-***3926 | | **Blanket Bond:** | $606,000.00  (per case limit) |
| **Period Ending:** | 08/15/13 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| (No Transactions on File for this Period) | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

|  |  |
|---|---|
| Net Receipts : | 59,553.29 |
| Less Other Noncompensable Items : | 1,233.90 |
| Net Estate : | $58,319.39 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # ***-*****57-65** | 14,942.23 | 0.00 | 0.00 |
| **Checking # ****-******57-65** | 42,970.97 | 57,913.20 | 0.00 |
| **Checking # ****-******57-66** | 1,233.90 | 0.00 | 0.00 |
| **Checking # ****-******57-67** | 0.00 | 0.00 | 0.00 |
| **Checking # ******0566** | 0.00 | 1,233.90 | 0.00 |
| **Checking # ******0568** | 406.19 | 406.19 | 0.00 |
| **Checking # ******0569** | 0.00 | 0.00 | 0.00 |
| | $59,553.29 | $59,553.29 | $0.00 |

{} Asset reference(s)                                                                                                     Printed: 08/15/2013 10:39 AM    V.13.13